UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TOVA ZACHARY, individually and on behalf :
of others similarly situated, :
               Plaintiff, :
                                                        **ORDER**
v. :
                                                        22 CV 10521 (VB)
BG RETAIL, LLC, :
             Defendant. :
--------------------------------------------------------------x

      By January 29, 2024, each counsel shall file a letter, not to exceed five pages in length, addressing the impact, if any, of the Second Department's decision in Grant v. Global Aircraft Dispatch, Inc., 2024 WL 172900 (2d Dep't Jan. 17, 2024), on the pending motion to dismiss.

Dated: January 22, 2024
      White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge