UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TOVA ZACHARY, individually and on behalf :
of others similarly situated, :
            Plaintiff, : **ORDER**
v. :
: 22 CV 10521 (VB)
BG RETAIL, LLC, :
           Defendant. :
--------------------------------------------------------------x

    For the reasons stated on the record at a conference held today and attended by counsel for all parties, defendant BG Retail, LLC's motion to amend and certify the February 12, 2024 order for interlocutory appeal is DENIED. The Clerk is instructed to terminate the motion. (Doc. # 35).

Dated: March 13, 2024
       White Plains, NY

                                         SO ORDERED:

                                         Vincent L. Briccetti
                                         United States District Judge